SYRACUSE SUPPLY COMPANY, Respondent, v. ROCHESTER MOTOR CORPORATION, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and

serve printed papers on appeal by November first and be ready for argument November fourteenth.